# ELECTRONIC RECORD

*027-15*
*028-15*
*083-15*

COA #   06-14-00083-CR      OFFENSE:   21.11

Companion cases

STYLE:   Robert Shayne Kinslow v. The State of Texas      COUNTY:   Red River

COA DISPOSITION:   Modified as Modified Affirmed      TRIAL COURT:   6th District Court

DATE: 12/19/14      Publish: No    TC CASE #:   CR01648

---

## IN THE COURT OF CRIMINAL APPEALS   *027-15*

*028-15*

STYLE:   Robert Shayne Kinslow v. The State of Texas      CCA #:   *083-15*

_____ PRO SE _____ Petition      CCA Disposition: _____

FOR DISCRETIONARY REVIEW IN CCA IS:      DATE: _____

_____ REFUSED _____      JUDGE: _____

DATE: 04/22/2015      SIGNED: _____      PC: _____

JUDGE: _____      PUBLISH: _____      DNP: _____

---------------------------

_____ MOTION FOR

REHEARING IN CCA IS: _____

JUDGE: _____

## ELECTRONIC RECORD